## CONSENT TO SUE UNDER
## FEDERAL FAIR LABOR STANDARDS ACT

I am an employee currently or formerly employed by **THE DINEX GROUP LLC & DANIEL BOULUD,** and/or related individuals/entities. I consent to be a plaintiff in an action to collect unpaid wages. I agree that I am bound by the terms of the Professional Services Agreement signed by the named plaintiffs in this case.

SAMUEL    PRABIR

*Samuel Prabir*
_____
Full Legal Name (Print)

*Samuel*
_____
Signature

MARCH 30, 2011
_____
Date