# JOSEPH, HERZFELD, HESTER & KIRSCHENBAUM LLP
Attorneys at Law

Charles Joseph
Diane Hester
D. Maimon Kirschenbaum
Matthew D. Kadushin
Amy Zobel
Michael D. Palmer
Denise A. Schulman

Counsel:
Michael DiChiara*
*Also admitted in NJ & MA

233 Broadway, 5th Floor
New York, NY 10279
Phone (212) 688-5640
Fax (212) 688-2548
www.jhllp.com

```
┌─────────────────────────────┐
│ USDC SDNY                   │
│ DOCUMENT                    │
│ ELECTRONICALLY FILED        │
│ DOC #: _____        │
│ DATE FILED: ⸱/ ⸱\6/11        │
└─────────────────────────────┘
```

October 11, 2011

**VIA FAX**
**(212) 805-4258**

Honorable Debra Freeman
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   *Arie Ohayon v. The Dinex Group LLC & Daniel Boulud*
        Civil Action No. 11-CV-0732

Dear Judge Freeman:

We represent Plaintiffs in the above-captioned matter. I write pursuant to Your Honor's instruction on the parties' conference call with Your Honor on October 7, 2011. Plaintiff respectfully requests (and Defendants do not oppose such request), for the reasons discussed on the conference call, that the discovery deadline be extended from October 31, 2011 until December 30, 2011. As discussed with Your Honor, the parties already were engaged in scheduling depositions, and we are on track to complete discovery by the revised deadline.

Thank you for your attention to this matter.

Respectfully submitted,

D. Maimon Kirschenbaum

Cc: Felice Ekelman, Esq.

SO ORDERED:   DATE: 11/16/11

DEBRA FREEMAN
UNITED STATES MAGISTRATE JUDGE