USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/6/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARIE OHAYON on behalf of himself and others similarly situated,

Plaintiff,

-against-

THE DINEX GROUP LLC & DANIEL BOULUD,

Defendants.

Civil Action No. 11-CV-0732 (BSJ)

## STIPULATION AND ORDER OF DISMISSAL

This Court, having considered and inspected the Negotiated Settlement Agreement between the Parties in the above-captioned action, IT IS HEREBY ORDERED that: that the Settlement Agreement in this matter having been reviewed by the Court and found to be fair and reasonable, the above-captioned action be and is hereby dismissed in its entirety, with prejudice, and with no award of attorneys' fees or costs by the Court to any party.

JOSEPH, HERZFELD, HESTER & KIRSCHENBAUM, LLP
*Attorneys for Plaintiffs*
757 Third Ave., 25th Fl.
New York, New York 10017
(212) 688-5640

By: _____
D. Maimon Kirschenbaum, Esq.

Dated: 2/2/2012

JACKSON LEWIS LLP
*Attorneys for Defendants*
666 Third Avenue, 29th Floor
New York, New York 10017
(212) 545-4000

By: _____
Felice B. Ekelman, Esq.

Dated: 2/2/2012

SO ORDERED on this 3rd day of February, 2012

_____
United States District Judge